IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
02 MAR -5 PM 1:57
U.S. DISTRICT COURT
N D OF ALABAMA

RICKY DEAN POE, )
)
    Plaintiff, )
)
v. ) CV 02-S-23-NE
)
KIM SHARPLEY, et.al., )
)
    Defendants. )

MAR - 5 2002

## MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on February 11, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on February 20, 2002.

    Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).

    An appropriate order will be entered.

DATED this 5th day of March, 2002.

_____
UNITED STATES DISTRICT JUDGE

